**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Linderian Company, Ltd. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Summer Meadows |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 43-2038556 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **301 Hollybrook Dr.** <br> **Longview, TX 75605** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Gregg** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership

☐ Other. Specify: _____

Debtor      **The Linderian Company, Ltd.**                          Case number (*if known*) _____
            Name

**7.   Describe debtor's business**      A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   _____

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | The Linderian Company, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   __The Linderian Company, Ltd.__                     Case number (*if known*) _____
         Name

---

| Request for Relief, Declaration, and Signature |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 19, 2016__
              MM / DD / YYYY

X _____          __Greg Sechrist__
Signature of authorized representative of debtor     Printed name

Title   __Managing Partner__

---

**18. Signature of attorney**

X _Mark A. Castillo_                          Date  __January 19, 2016__
Signature of attorney for debtor                   MM / DD / YYYY

__Mark A. Castillo__
Printed name

__Curtis | Castillo PC__
Firm name

__901 Main Street__
__Suite 6515__
__Dallas, TX 75202__
Number, Street, City, State & ZIP Code

Contact phone  __214-752-2222__        Email address  __mcastillo@curtislaw.net__

__24027795__
Bar number and State

# United States Bankruptcy Court
### Eastern District of Texas

In re   **The Linderian Company, Ltd.**                                        Case No. _____

                                                        Debtor(s)            Chapter    **11**    _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Greg Sechrist**, declare under penalty of perjury that I am the **Managing Partner** of **The Linderian Company, Ltd.**, and that the following is a true and correct copy of the resolutions adopted by the partners of said company at a special meeting duly called and held on the **19th** day of **January , 2016** .

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Greg Sechrist**, **Managing Partner** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Greg Sechrist**, **Managing Partner** of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Greg Sechrist**, **Managing Partner** of this company is authorized and directed to employ **Mark A. Castillo 24027795**, attorney and the law firm of **Curtis | Castillo PC** to represent the company in such bankruptcy case."

Date   **January 19, 2016**   _____          Signed   _____
                                                                  **Greg Sechrist**

# THE LINDERIAN COMPANY, LTD.
## UNANIMOUS CONSENT OF THE PARTNERS

The undersigned partners, constituting the general partner and limited partner of The Linderian Company, Ltd., a Texas limited liability partnership (the "Company"), do hereby consent to the Company taking the following described actions.

**WHEREAS**, on January 19, 2016, the authorized partners resolved that the Company was authorized to seek Chapter 11 bankruptcy protection under Title 11 of the U.S. Code and to engage Curtis | Castillo PC (the "Firm") to provide legal services to the Company in connection with a Chapter 11 bankruptcy case and related matters; and

**WHEREAS**, the partners, and the Company, acknowledge that the commencement of a bankruptcy case shall provide certain relief to the Company but the bankruptcy filing in and of itself shall not absolve the Company of (*i*) its duties under corporate-governance partnership documents, or (*ii*) the obligations of the Company to continue to adhere to all applicable laws, rules, ordinances, and regulations (collectively, "Applicable Law") that would apply outside of bankruptcy and that are not stayed by bankruptcy; and

**WHEREAS** the Company, and its partners, recognize, among all of the rights and duties of a Chapter 11 debtor-in-possession, the need to take all steps within the power of the Company to (*i*) remain administratively solvent during the prosecution of a Chapter 11 bankruptcy proceeding and (*ii*) maintain the ability to pay in a timely manner all fees and expenses incurred by the Company following the commencement of a Chapter 11 proceeding, including but not limited to the quarterly fees due to the United States Trustee and all fees and expenses incurred by the Firm (collectively, the "Bankruptcy Administrative Duties"), and

**AND THEREFORE, BE IT RESOLVED** that the partners authorize the Company to take any and all actions necessary and appropriate under the United States Bankruptcy Code, and/or other Applicable Law to fulfill the duties of the Company as a debtor in possession in a Chapter 11 bankruptcy proceeding, including but not limited to the Bankruptcy Administrative Duties, and to acquire all necessary funds and preserve and utilize the value of all estate assets to the extent possible to discharge all such duties; and be it

**IN WITNESS WHEREOF**, the undersigned, being all of the partners of the Company, have approved and adopted the foregoing resolution, and have hereunto set their hands effective as of January 19, 2016.

General Partner:
LTC Seek, Inc.

By: Greg L. Sechrist, President
Date: January 19, 2016

Managing Partner:
Greg L. Sechrist

Greg L. Sechrist
Date: January 19, 2016

| Fill in this information to identify the case: |
|---|

Debtor name   **The Linderian Company, Ltd.**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **See attached list.** | | | | | | |

| Name | Address1 | Address2 | City | State | Zip | Claim Amount |
|---|---|---|---|---|---|---|
| MEDICINE CHEST INSTITUT.PHARMACY | c/o Phillip McLeod | 411 Main St., Ste. 2 | Sulphur Springs | TX | 75482 | $166,970.81 |
| SHEFA HEALTHCARE, LLC | 499 North Canon Drive | 3rd Floor | Beverly Hills | CA | 90210 | $69,343.00 |
| MCKESSON MEDICAL-SURGICAL | PO Box 630693 | | Cincinatti | OH | 45263 | $47,328.17 |
| OLMSTED-KIRK | 1601 Valley View Lane | | Dallas | TX | 75234 | $13,564.85 |
| AMERICAN HALLMARK INS. CO. | PO Box 226593 | | Dallas | TX | 75222 | $6,650.48 |
| DIAGNOSTIC CLINIC OF LONGVIEW | 805 Medical Circle Drive | | Longview | TX | 75605 | $6,435.06 |
| SOUTHWESTERN ELECTRIC POWER | PO Box 24422 | | Canton | OH | 44701 | $6,088.60 |
| CHASE - Cardmember Services | PO Box 94014 | | Palatine | IL | 60094 | $5,391.85 |
| PITHER PLUMBING CO. INC. | 310 W. Methvin | | Longview | TX | 75601 | $5,216.40 |
| GUARDIAN LIFE INSURANCE | PO Box 5105 | | Los Angeles | CA | 90051 | $5,105.68 |
| A & E MILL & WELDING SUPPLY CO. | PO Box 0190 | | Lone Star | TX | 75668 | $4,869.29 |
| PROFESSIONAL IMAGING, LLC | 6078 Bridgeview Dr. | | Ventura | CA | 93003 | $4,175.12 |
| SOUTHWESTERN  ELEC. POWER-AIRLINE | PO Box 2422 | | Canton | OH | 44701 | $3,551.10 |
| MANAGE MEDS, LLC | PO Box 377 | | Mason | OH | 45040 | $3,415.50 |
| FARMER BROS. COFFEE | 4113 Metro Dr. | | Shreveport | LA | 71109 | $3,367.25 |
| ADP, Inc. | One ADP Drive-MS-100 | | Augusta | GA | 30909 | $3,185.76 |
| LONGVIEW, CITY OF  - WATER | PO Box 1952 | | Longview | TX | 75606 | $3,017.62 |
| MUTUAL SPRINKLERS INC. | 8000 W 78 St | Suite 111 | Edina | MN | 55439 | $2,904.84 |
| NEURO HEALTH CENTER, PLLC | PO Box 1432 | | Longview | TX | 75606 | $2,825.00 |
| OAKS FARMS DAIRY DALLAS | PO Box 200300 | | Dallas | TX | 75320 | $2,800.37 |

Revised 7/2001                                                                                              LRBP Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re   **The Linderian Company, Ltd.**                                         Case No. _____
                                                    Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the partnership named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Creditor Matrix Format (check one):

Diskette:              _____**X**_____

Paper:                 _____

Date:    **January 19, 2016**                        **/s/ Greg Sechrist**
                                                     **Greg Sechrist/Managing Partner**
                                                     Signer/Title

.

A & E MILL & WELDING SUPPLY CO.
PO Box 0190
Lone Star, TX 75668

ABILITY NETWORK INC
Dept Ch 16577
Palatine, IL 60055

ADP, Inc.
One ADP Drive-MS-100
Augusta, GA 30909

Amanda Black
2860 Monroe St
Longview, TX 75602

Amanda Laursen
3300 Lansing Switch
#58
Longview, TX 75602

AMERICAN HALLMARK INS. CO.
PO Box 226593
Dallas, TX 75222

AMERICAN HEALTHTECH
PO Box 936171
Atlanta, GA 31193

AMERICAN HERITAGE LIFE INS CO
PO Box 650514
Dallas, TX 75265

AMERICAN PREFERRED HOME MEDICAL
805 N. Glenwood
Tyler, TX 75702

Amy Dean
386 Oakridge Lane
Longview, TX 75605

ANCHOR SAFETY, INC
4016 West Marshall
Longview, TX 75604

Andrea Freer
12308 CR 2129D
Henderson, TX 75652

Angela Brown
P O Box 1225
Longview, TX 75607

Angela Frank
P.O. Box 713
Hallsville, TX 75650

Angela Guynn
484 Mt. Pisgah Rd
Gladewater, TX 75647

Angie Harkey
314 Lake Lamond
#121
Longview, TX 75604

Anna Pickron
2002 Mary Lou St
Longview, TX 75602

April Pickron
1101 Maple St.
Longview, TX 75602

Ashley Holland
524 Molly Circle
Carthage, TX 75633

Ashley Modisette
905 Sunshine Square
Longview, TX 75601

ASI MARSHALL, INC
1644 Varner Drive
Mobile, AL 36693

ATLANTIC BUSINESS CREDIT, LLC
1865 N.E. Dixie Hwy
Jensen Beach, FL 34957

ATMOS ENERGY
PO Box 790311
St. Louis, MO 63179

B K D  LLP (3846)
2800 Post Oak Blvd, S-3200
Houston, TX 77056

B N B SYSTEMS
PO Box 5603
Shreveport, LA 71135

Barbara Stinson
1405 Auburn Dr.
Longview, TX 75601

BAXTER CLEAN CARE
114 E. Niblick St.
Longview, TX 75604

Belinda Stanley
507 Pine Tree Rd.
Longview, TX 75604

Benjamin Coby
2602 S. Rodeo St.
Gladewater, TX 75647

BETTER LIGHTING TECHNOLOGY
PO Box 1328
Longview, TX 75606

Beverly Stephens
415 Lura
Longview, TX 75603

BIMBO BAKERIES USA
PO Box 846243
Dallas, TX 75284

Blaire Rousett
1818 Judson Rd
Apt. 504
Longview, TX 75605

Bonnie Reid
18217 Hwy 449
Hallsville, TX 75650

Brenda Odom
519 N. Roberts St.
Gilmer, TX 75644

BRIGGS CORPORATION
PO Box 1355
Des Moines, IA 50305

Caitlin Barge
704 Wood St.
Gladewater, TX 75647

Carissa Driehs
1409 Emerald Dr
Longview, TX 75605

Carol D. Meyer
411 Dawn
Longview, TX 75604

Carolyn Collegari
1002 Rosedale Dr
Longview, TX 75604

Catherine Mayfield
401 Jet Apt. D
Longview, TX 75602

Chantel Pickron
222 Bostic Dr.
Apt. 804
Longview, TX 75602

CHASE - Cardmember Services
PO Box 94014
Palatine, IL 60094

Chastity Colvin
P O Box 595
Tatum, TX 75691

CHEETAH SERVICES, INC.
c/o Platt Equipment
PO Box 2129
Kilgore, TX 75663

Cheryl Alex
12 Revelon Dr.
Longview, TX 75602

Cheryl Norman
114 W. Cheryl St.
Longview, TX 75604

Christean Bush
110 Traci Lynn
Longview, TX 75604

Christian Knox
3421 Thompson Rd
Longview, TX 75604

Christin Garner
3216 Dundee Road
Longview, TX 75604

Ciera Richards
1907 Hughey Dr.
Longview, TX 75601

City of Longview Fire/EMS
200 S Center St.
Longview, TX 75601

CMMS (4219)
PO Box 643
San Marcos, TX 78667

COMPLETE BUSINESS SYSTEMS INC
PO Box 3547
Longview, TX 75601

Cynthia Fields
714A Baffo
Marshall, TX 75672

Dana Hawner
1509 Springdale St
Longview, TX 75604

Daymond Gordon
3300 Lansing Switch
Lot #46
Longview, TX 75602

Debbie Divens
1823 Laney Dr.
Longview, TX 75605

Debra Bell
1001 S. Eastman Rd
#204
Longview, TX 75602

Debra Thomson
102 Mitzi
Longview, TX 75604

Debra Williams
1818 Judson Rd. #702
Willow Lake Apts
Longview, TX 75605

DELL BUSNESS CREDIT
PO Box 5275
Carol Stream, IL 60197

Denesha Daniels
1518 N. 7th St. #14
Longview, TX 75601

DIAGNOSTIC CLINIC OF LONGVIEW
805 Medical Circle Drive
Longview, TX 75605

Diana Martinez
999 PR 2116
Gilmer, TX 75645

Dianne Hilburn
108 Delta Lane
Longview, TX 75605

E T VASCULAR ACCESS SERVICE
PO Box 9370
Longview, TX 75608

Edna McNeil
1110 S. 12th St.
Longview, TX 75602

EDWARDS SEPTIC & GREASE TRAP SERV
608 Garrett Rd.
Longview, TX 75603

Elecia R. Dudley
301 W. Hawkins Pkwy.
Apt. # 1016
Longview, TX 75605

Emily Jennins
1400 Spring St.
Lot 18
Carthage, TX 75633

Ester Smith
156 Jester Circle
Longview, TX 75604

Esther Armstrong
P O Box 12150
Longview, TX 75607

Evellyn Smith
505 1/2 Eugene St.
Longview, TX 75602

FARMER BROS. COFFEE
4113 Metro Dr.
Shreveport, LA 71109

FED EX
PO Box 660481
Dallas, TX 75266

FIRST INSURANCE FUNDING CORP.
PO Box 66468
Chicago, IL 60666

FOOD SERVICE RESOURCES
5351 MC Ever Rd.
Suite A
Flowery Branch, GA 30542

Gabriell Pea
P. O. Box 327
Tatum, TX 75691

Glendell Lilly
1910 Holly St.
Longview, TX 75602

GLENWOOD CLEAR CREEK, LLC
4861 Grouse Rd.
Gilmer, TX 75645

Greg Sechrist
403 Sylvia
Longview, TX 75604

Gregory LaVerne Sechrist
403 Sylvia Street
Longview, TX 75605

GUARDIAN LIFE INSURANCE
PO Box 5105
Los Angeles, CA 90051

H & D SUPPLY FACILITIES MAINT.
PO Box 509058
San Diego, CA 92150

H P E S
PO Box 318
Ellis, KS 67637

HARDIN`S TRUE VALUE HARDWARE
106 Delwood Street
Longview, TX 75605

HARVEST FRESH JUICE
PO Box 239
Hallsville, TX 75650

HC FCO, INC
6610 Baker Blvd.
Richland Hills, TX 76118

Heather Eason
1430 Nottingham
White Oak, TX 75693

Internal Revenue Service - Insolvency
PO Box 7346
Philadelphia, PA 19101

Jamie Washington
712 Valentine Lane
Longview, TX 75604

Janice Lewis
13000 Cr 2127 N-47
Henderson, TX 75652

Jeanie  Rateliff
3300 Lansing Switch
Lot #58
Longview, TX 75602

Jessie Cline
157 Tubbs Rd
Longview, TX 75604

Jewel Reed
1208 S. Hutchings
Longview, TX 75602

JO SALMON, RD, LD
1111 Yates Drive
Longview, TX 75601

JOHNSON SOUTHWEST
PO Box 3396
Kilgore, TX 75663

JOHNSTONE SUPPLY
2505 Willowbrook Rd.
#203
Dallas, TX 75220

Joyce Jackson
26 Neal St.
Longview, TX 75602

Judy Dunnavant
280 Lake Estates Tr
Longview, TX 75605

K C I USA
PO Box 301557
Dallas, TX 75303

Kathryn Beaver
1820 Blueridge Pkwy
Longview, TX 75605

Katrina Bell
5515 W. Loop 281
Apt. 1304
Longview, TX 75602

Kay Manes
4545 Lookout Lane
Gilmer, TX 75644

Kay Watson
219 Mercedes
Ore City, TX 75683

Kelly Elia
P O Box 1615
Hallsville, TX 75650

Kendallyn Carter
4-B Stonewall Ct
Longview, TX 75604

Keyonta Anderson
200 Parkview Estates
Apt 56
Kilgore, TX 75662

Kijana Spencer
1816 Buccaneer Dr
Longview, TX 75604

KIRBY RESTAURANT SUPPLY
809 S. Eastman Rd.
Longview, TX 75602

Krystal Raybon
P O Box 72
Joaquin, TX 75954

Lacy Watson
296 Cairy
Longview, TX 75604

LaFresha Hall
3411 Morrison St. #9
Longview, TX 75602

Lakeyshia White
925 Emmons
Kilgore, TX 75662

Lanna Davis
SF 9 Lake Cherokee
Henderson, TX 75652

Lashonda Peters
600 Baylor Dr
#275
Longview, TX 75601

Latashia Pryor
1501 E. Whaley
# 117
Longview, TX 75601

LINCARE INC
PO Box 249
Wynne, AR 72396

Linda Popham
312 Leisure Lane
Waskom, TX 75692

Lisa M. Williams
384 Ned Williams Rd
Longview, TX 75602

Lisa Watson
475 Dave Wilson
Harleton, TX 75651

LOMC (4007)
3202 N. Fourth St.
Suite 100
Longview, TX 75605

LONGVIEW CABLE - TV
PO Box 4399
Longview, TX 75606

LONGVIEW NEWS-JOURNAL
PO Box 1792
Longview, TX 75606

LONGVIEW PRINT SHOP
1120 N. Third St.
Longview, TX 75601

LONGVIEW REGIONAL MEDICAL CTR
PO Box 848144
Dallas, TX 75284

LONGVIEW, CITY OF  - WATER
PO Box 1952
Longview, TX 75606

LOUIS MORGAN #4
110 Johnston St.
Longview, TX 75601

LTC Seek, Inc.
403 Sylvia Street
Longview, TX 75604

MANAGE MEDS, LLC
PO Box 377
Mason, OH 45040

Marilyn Howard
500 Plainview
Longview, TX 75604

Mary Franks
819 Fairway Dr
Longview, TX 75604

Mary Shaw
406 Borders
Longview, TX 75603

Mary Talbot
P O Box 1313047
Longview, TX 75607

Marylynn Sampson
429 Larry Dr.
Longview, TX 75602

Mattie Gonerway
1218 N 7th Street
Longview, TX 75601

MCKESSON MEDICAL-SURGICAL
PO Box 630693
Cincinatti, OH 45263

MED-SHOP TOTAL CARE, INC
472 East Loop 281
Longview, TX 75605

MEDICINE CHEST INSTITUT.PHARMACY
c/o Phillip McLeod
411 Main St., Ste. 2
Sulphur Springs, TX 75482

Melinda Strange
432 South Main
Longview, TX 75602

Melissa Belcher
490 Ashcraft Lane
Longview, TX 75604

Melva Christian
1010 Cole Dr
Longview, TX 75602

Mercedes Gorman
510 Waggoner St
Longview, TX 75604

Meredith Hudman
1867 Gum Springs Rd.
Longview, TX 75602

Merle Kentner
2616 Mohawk St
Longview, TX 75605

MOBILE DENTAL CARE
10830 N. Central Expwy
Suite 495
Dallas, TX 75231

Monaliza Abdela
3700 McCann Rd
Apt. 129
Longview, TX 75605

MUSIC MOUNTAIN SPRING WATER
305 Stoner Ave.
Shreveport, LA 71101

MUTUAL SPRINKLERS INC.
8000 W 78 St
Suite 111
Edina, MN 55439

Nadine Washington
2403 Pam St.
Longview, TX 75602

Natasha Wicks
190 Towering Oaks Hn
Longview, TX 75602

NATIONAL INDEMNITY COMPANY
PO Box 77029
Minneapolis, MN 55480

Nelda Jackson
P.O. Box 6044
Longview, TX 75608

NEURO HEALTH CENTER, PLLC
PO Box 1432
Longview, TX 75606

Niki Foster
3717 Mark Dr
Longview, TX 75604

OAKS FARMS DAIRY DALLAS
PO Box 200300
Dallas, TX 75320

Odessa Barnes
P. O. Box 205
Easton, TX 75641

OFFICE CENTER, INC, THE
PO Box 2370
Kilgore, TX 75662

OFFICE DEPOT CREDIT PLAN
PO Box 689020
Des Moines, IA 50368

OLMSTED-KIRK
1601 Valley View Lane
Dallas, TX 75234

Oreanna Hall
18462 FM 729
Lone Star, TX 75668

Patricia Harris
2840 Fm 450 N
Hallsville, TX 75650

Patricia Sutton
2012 West St.
Longview, TX 75601

PATTERSON MEDICAL
PO Box 93040
Chicago, IL 60673

Philip Latham
1314 Vanderbilt
Longview, TX 75601

PITHER PLUMBING CO. INC.
310 W. Methvin
Longview, TX 75601

POSITIVE PROMOTIONS
15 Gilpin Ave
Happauge, NY 11788

PROFESSIONAL IMAGING, LLC
6078 Bridgeview Dr.
Ventura, CA 93003

Pshana Ray
601 Ridgelea
Longview, TX 75602

Quasana Williams
316 Lake Lamond
Apt # 140
Longview, TX 75601

Quatoya Washington
1501 E. Whaley St.
# 626
Longview, TX 75601

Queen Williams
8785 HWY 149
Longview, TX 75603

Ramona Kelm
117 Drake St.
White Oak, TX 75693

Randall Bobo
103 Kings Lane
Longview, TX 75605

REPUBLIC SERVICES
PO Box 78829
Phoenix, AZ 85062

Rhonda Harrell
1708 Rodden St.
Longview, TX 75604

Robin Barnes
502 Welch Rd
Longview, TX 75603

Robin Malloy
3011 W. Marshall Ave
Longview, TX 75604

Rochelle Brown
401 Margo
Longview, TX 75602

Ruth Fortner
162 CR 2210
Daingerfield, TX 75638

Sada Washington
222 Bostic Dr.
#709
Longview, TX 75602

Sandra Spann
157 Dogwood
Kilgore, TX 75662

Shadarrieon Robertson
1123 Ninth St.
Longview, TX 75601

Shanequa Clark
1818 Judson Rd.
Apt. 602
Longview, TX 75605

Shefa Healthcare, LLC
499 North Canon Drive
3rd Floor
Beverly Hills, CA 90210

Shelly Terry
271 Baker Dr
Kilgore, TX 75662

Shera Harold
711 Aurel Ave
Longview, TX 75602

Shirley Andrews
805 Buchanan
Longview, TX 75602

SHRED-IT U S A
PO Box 13574
New York, NY 10087

SIZEWISE
PO Box 320
Ellis, KS 67637

Sondra Hill
198 Joe Walker Rd
Hallsville, TX 75650

SOUTHWEST SOLUTIONS
PO Box 3396
Kilgore, TX 75663

SOUTHWESTERN  ELEC. POWER-AIRLINE
PO Box 2422
Canton, OH 44701

SOUTHWESTERN ELECTRIC POWER
PO Box 24422
Canton, OH 44701

STAR LINEN
1501 Lancer Drive
Moorestown, NJ 08057

Stephanie James
414 Woodridge Dr.
Hallsville, TX 75650

Stephen Perry
604 B Parkway Dr
White Oak, TX 75693

Susan Crain
200 Bostic Dr, #501
Longview, TX 75602

Susan Simmons
571 Ashcraft Lane
Longview, TX 75604

Suzanne Sanders
2816 Northpark Cir.
Longview, TX 75605

Suzette Pickron
817 1/2 E. Birdsong
Longview, TX 75602

Tana Pierce
2896 Lois Dr.
Longview, TX 75605

Tanish Robison
6968 CR 272N
Henderson, TX 75657

TERMINIX
PO Box 742592
Cincinatti, OH 45274

Terreca McCray
802 E. Birdsong
Longview, TX 75602

Terri Vaughan
109 E Old Hwy 80
Apt 5
White Oak, TX 75693

THERAPUTE
6501 Peake Road
Suite 300
Macon, GA 31210

Theresa Silvestri
200 Village Dr #612
Longview, TX 75605

TIGER EMS, INC
6412 McCann Rd.
Longview, TX 75605

TOTAL CARE
401 E Front St
Suite 224
Tyler, TX 75702

Traci Kruse
P. O. Box 1293
Gladewater, TX 75647

Tracy Whipkey
706 Valentine
Longview, TX 75604

TURFSCAPES
PO Box 463
Judson, TX 75660

U S MED DISPOSAL INC.
PO Box 1900
Athens, TX 75751

Velma Edwards
203 Eden Dr.
Apt. 219
Longview, TX 75605

WASHCO COMMERCIAL SERVICE
PO Box 5092
Longview, TX 75608

WASHCO INC
PO Box 5092
Longview, TX 75608

Whittney Williams
2300 Bill Owens Pkwy
# 917
Longview, TX 75605