IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **THE LINDERIAN COMPANY, LTD.**[1] | § | **JOINTLY ADMINISTERED** |
| d/b/a Summer Meadows | § | |
| | § | under Case No. 16-60031 |
| and **LDI MANAGEMENT, INC.** | § | |
| | § | |
| | § | |
| Debtors | § | Chapter 11 |

### ORDER AND NOTICE FOR TELEPHONIC HEARING TO CONSIDER APPROVAL OF DEBTORS' JOINT DISCLOSURE STATEMENT

**NOTICE:  Bryan C. Assink, as one of the attorneys for the Plan Proponents, shall immediately serve this Order upon all parties listed on the mailing matrix as currently constituted by the Court and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled disclosure statement hearing**

A Disclosure Statement and a Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code was filed by the jointly-administered Debtors, The Linderian Company, Ltd. d/b/a Summer Meadows and LDI Management, Inc., on May 15, 2017.  Accordingly,

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN, THAT:**

1. **On or before Thursday, May 25, 2017,** the Disclosure Statement and Plan shall be distributed only to those limited number of parties designated by Fed. R. Bankr. P. 3017(a).

2. Request for copies of the Disclosure Statement and Plan shall be directed to:

    Bryan C. Assink
    Curtis|Castillo P.C.
    901 Main Street, Suite 6515          Phone:  (214) 752-2222
    Dallas, TX 75202                           Fax:     (214) 752-0709
       Email:  bassink@curtislaw.net

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtor's federal tax identification number, are:  The Linderian Company, Ltd. (8556), and LDI Management, Inc. (2476).  The corporate headquarters and service address for each of the jointly-administered Debtors is: 301 Hollybrook Dr., Longview, Texas 75605.

3. **Tuesday, June 27, 2017**, is fixed as the last day for filing and serving written objections to the Disclosure Statement in accordance with Fed. R. Bankr. P. 3017(a).

4. The hearing to consider approval of the Disclosure Statement shall be held **by telephonic means** on **Thursday, July 6, 2017, at 10:30 a.m.**

    a. The lead attorney for the Plan Proponents and for each objecting party, including any self-represented individual, will be contacted by the Courtroom Deputy for participation in the telephonic hearing. At that time, each party will be provided with the designated telephone number to be utilized for the hearing.

    b. Additional parties-in-interest seeking to participate in the telephonic hearing must contact the Courtroom Deputy as set forth below:

    > Ms. Sandy Johnson
    > Phone: (903) 590-3237
    > or
    > Email:  **Sandy_Johnson@txeb.uscourts.gov**

    c. Only land-based telephone lines are to be utilized by the persons participating in the telephonic hearing in order to improve the quality of the recorded proceeding. Use of cellular telephones to participate in the hearing will not be permitted.

    d. Parties participating in the telephonic hearing must utilize handsets and the use of speakerphones will not be permitted.

Signed on 05/19/2017

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE